# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JEFFERSON TYUS,

    Plaintiff,

v.                                    CASE NO. 3:15cv374/MCR/CJK

FORSTER & HOWELL
doing business as
GROCERY OUTLET,

    Defendant.
_____/

## **O R D E R**

This case is before the court on consideration of the Magistrate Judge's Report and Recommendation dated August 8, 2016, ECF No. 68, regarding Defendant's Corrected Motion to Dismiss for Fraud on the Court. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Defendant was also given an opportunity to renew its request for sanctions with proper citation to legal authority within 14 days of the Report and Recommendation. No renewal motion or objections have been timely filed. Therefore, having fully considered the matter, the court finds that the Report and Recommendation is due to be adopted.

The Magistrate Judge also granted the Plaintiff's Motion to Strike Belatedly Disclosed Witness, Michael Hanes, subject to the Defendant either consenting to striking Mr. Haines as a witness at trial or agreeing to re-open discovery for a period of thirty (30) days to allow Plaintiff an opportunity to re-depose Mr. Haines and designate rebuttal witnesses as Plaintiff deems advisable.  Defendant has responded by agreeing to the re-opening of discovery, and therefore the court will modify the scheduling order consistent with that election.

Accordingly,

1. The Magistrate Judge's Report and Recommendation dated August 8, 2016, ECF No. 68, is adopted and incorporated by reference in this Order.

2. The Defendant's Corrected Motion to Dismiss for Fraud on the Court, ECF No. 44, is **DENIED.**

3. Plaintiff's Motion to Strike, ECF No. 45, is **DENIED**, as ordered by the Magistrate Judge, and discovery is re-opened for a period of **thirty (30) days** from the date of this Order to allow Plaintiff an opportunity to re-depose Mr. Haines and designate any rebuttal witness Plaintiff deems advisable, with time for Defendant to depose such witnesses.

4.      Defendant is responsible to reimburse Plaintiff's reasonable costs and expenses, including attorney's fees, incurred in connection with the additional discovery necessitated by the late disclosure. Plaintiff is directed to file proof of costs and attorney's fees related to the additional discovery within **twenty-one (21)** days after the close of the extended discovery period.

5.      Plaintiff has **fourteen (14)** days after the expiration of the extended discovery deadline to file a supplemental response to the pending motion for summary judgment based on the additional discovery, and Defendant shall have seven **(7) days** thereafter to file a reply. The court will defer ruling on the pending Motion for Summary Judgment until the supplemental briefs are filed.

**DONE AND ORDERED** this 9th day of September, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No.: 3:15cv374/MCR/CJK